UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

<u>UNITED STATES OF AMERICA</u>              CRIMINAL ACTION

VERSUS                                       NUMBER  _____

_____                 SECTION  _____

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____    set(s) for trial or hearing scheduled on:
             _____
                    DATE OF TRIAL OR HEARING


                         _____
                               Attorney's Signature

                         _____
                                Attorney's Address

                         _____


                         _____
                              Attorney's Bar Number

                         _____
                           Party Attorney Represents

                         _____
                               Attorney's E-Mail